

**FILED**

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0090

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0090

_____

IN THE MATTER OF APPOINTING MEMBERS
TO THE COMMISSION ON PRACTICE

ORDER

_____

Andres Haladay, attorney member for Area F of the Montana Supreme Court's Commission on Practice, has submitted his resignation from the Commission. Area F is comprised of the First Judicial District. The Court thanks Mr. Haladay for his service to the Commission, this Court, and the people of Montana.

On June 3, 2024, the Court issued an Order directing Judge Christopher D. Abbott to conduct an election of members to submit to the Court for appointment to fill out the remainder of Mr. Haladay's term. The Court hereby rescinds that Order.

Pursuant to Rule 2(A) of the Montana Rules For Lawyer Disciplinary Enforcement, in the event of a vacancy on the Commission, the Court shall appoint a successor to fill the remainder of the unexpired term.

With the consent of the appointee,

IT IS HEREBY ORDERED that attorney Patricia Klanke of Helena, Montana, is hereby appointed to the Commission on Practice, effective the date of this Order, for the remainder of Mr. Haladay's term ending April 1, 2026.

The Clerk is directed to provide a copy of this Order to Andres Haladay, Patricia Klanke, the Montana Secretary of State for filing, the State Bar of Montana, each member of the Commission on Practice, and Shelly Smith, Office Administrator of the Commission on Practice.

DATED this 18 day of June, 2024.

_____
Chief Justice

FILED

JUN 1 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____

_____
Justices